IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22CR00098-002FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) AMY BANKS HUDDLESTON, ) ) Defendant, ) ) v. ) ) WELLS FARGO BANK, N.A., ) ) Garnishee. ) | MOTION TO UNSEAL |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves to unseal the government's Application for Writ of Garnishment [D.E. #122], and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. #126, 126-1]. In support of this motion, the United States shows unto the Court that the basis for sealing the documents is no longer necessary as service has been made on the Garnishee and the Defendant.

Respectfully submitted this 27th day of February, 2024.

    MICHAEL F. EASLEY, JR.
    United States Attorney

    */s/ Benjamin J. Higgins*
    BENJAMIN J. HIGGINS
    Assistant United States Attorney
    150 Fayetteville Street, Suite 2100
    Raleigh, North Carolina 27601
    Telephone: (919) 856-4312
    Email: benjamin.higgins2@usdoj.gov
    Massachusetts Bar # 690969
    *Attorney for the United States*

CERTIFICATE OF SERVICE

I do hereby certify that I have this 27th day of February, 2024, served a copy of the foregoing, upon the below-listed parties either electronically or by placing a copy in the U. S. Mail, addressed as follows:

Amy Banks Huddleston #23139-510
FCI Hazelton
Federal Correctional Institution
P.O. BOX 5000
Bruceton Mills, WV 26525

    MICHAEL F. EASLEY, JR.
    United States Attorney

    */s/ Benjamin J. Higgins*
    BENJAMIN J. HIGGINS
    Assistant United States Attorney
    150 Fayetteville Street, Suite 2100
    Raleigh, North Carolina 27601
    Telephone: (919) 856-4312
    Email: benjamin.higgins2@usdoj.gov
    Massachusetts Bar # 690969
    *Attorney for the United States*